**Order entered February 12, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-13-00927-CV

### JASON MICHAEL SPENCER, Appellant

### V.

### DEXTRAL CAPITAL, LP, A DELAWARE LIMITED PARTNERSHIP AND DEXTRAL CAPITAL MANAGEMENT FUND, LP, A DELAWARE LIMITED PARTNERSHIP, Appellee

---

### On Appeal from the 134th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. 11-15530

---

## ORDER

On February 5, 2014, we ordered Vielica Dobbins, Official Court Reporter of the 134th Judicial District Court, to file the reporter's record by February 12, 2014 and not sit as a court reporter until the record was filed. On February 6, 2014, Ms. Dobbins requested an additional seven days to file the record, asserting "medical challenges" have caused the delay and she has now "hired help to catch up on my records." Given the circumstances, we **GRANT** the extension, **VACATE** our order that she not sit until the record is filed, and **ORDER** the record be filed no later than February 19, 2014. In light of her assertion that she has hired help, we caution Ms. Dobbins that no further extensions will be granted absent exigent circumstances.

We further caution her that, should the record not be timely filed, we may order again that she not sit until the record is filed.

We **DIRECT** the Clerk to send a copy of this order, by electronic transmission, to (1) Ms. Dobbins, (2) the Honorable Dale Tillery, Presiding Judge of the 134th Judicial District Court, and (3) the parties.

.

/s/     ELIZABETH LANG-MIERS
                JUSTICE